**Electronically Filed
Supreme Court
SCWC-29630
18-MAY-2012
11:14 AM**

NO. SCWC-29630

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALOHACARE, Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF HUMAN SERVICES, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29630; CIV. NO. 08-1-1531)

ORDER OF CORRECTION
(By: Acoba, Duffy, and McKenna, JJ.)

IT IS HEREBY ORDERED that the opinion of the court filed on May 11, 2012 is corrected as follows:

On the first page, the case caption is corrected by deleting "CR. NO. 08-1-1531" and replacing it with "CIV. NO. 08-1-1531."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, May 18, 2012.

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

